ACCEPTED
12-14-00085-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
6/12/2015 10:36:05 AM
CATHY LUSK
CLERK

# HOWARD & DAVIS

## ATTORNEYS AT LAW

100 E. FERGUSON, SUITE 1200
TYLER, TEXAS 75702
PHONE (903) 533 9997
FAX (903) 533 0260

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

6/12/2015 10:36:05 AM

CATHY S. LUSK
Clerk

**DICK DAVIS**
 ATTORNEY-MEDIATOR
 BOARD CERTIFIED -
 PERSONAL INJURY TRIAL LAW
 TEXAS BOARD OF LEGAL SPECIALIZATION
 ddavis@hdbtyler.com

June 12, 2015

*via e-file*

Honorable Cathy S. Lusk
Clerk, Twelfth Court of Appeals
1517 West Front Street, Suite 354
Tyler, TX 75702

> **RE:    Case No.:     12-14-00085-CV**
> **Trial Court Case Number:    60,086-B**
> **Cowboy's Retail & Wholesale Beverage Distribution, LLC, Kyle Gillin and Great American Treating, Inc. V. Peggye Davis, Jim Davis, Jay Davis and Richard L. Ray, Trustee**

Dear Ms. Lusk:

This letter will confirm that I will be appearing on behalf of Brent Howard at oral argument scheduled in this case for June 16, 2016, at 8:30 a.m.

If you need anything further from me regarding my appearance in this matter, please let me know.  Thank you for your assistance in this matter.

Sincerely,

*/s/ Dick Davis*

Dick Davis

DD:pc
cc:    Mr.  Richard L. Ray
        Mr. J. Bennett White